Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>Mujeeb Hamid, et al.,<br><br>        Defendants. | CASE NO. 3:13-cv-03023-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MUJEEB HAMID and KIRIAN FITZGIBBONS, individually and d/b/a CSA-COMBAT SPORTS ACADEMY AS MODIFIED HEREIN |

    **IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants MUJEEB HAMID and KIRIAN FITZGIBBONS, individually and d/b/a CSA-COMBAT SPORTS ACADEMY, that the above-entitled action is hereby dismissed **without prejudice** against MUJEEB HAMID and KIRIAN FITZGIBBONS, individually and d/b/a CSA-COMBAT SPORTS ACADEMY, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

    **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 31, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

///

STIPULATION OF DISMISSAL
Case No. 3:13-cv-03023-JSW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 1/14/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: January 14, 2014

s/Matthew A. Pare
**LAW OFFICE OF MATTHEW A. PARE, A.P.C**
By: Matthew A. Pare, Esquire
Attorneys for Defendants
MUJEEB HAMID and KIRIAN FITZGIBBONS, individually
and d/b/a CSA-COMBAT SPORTS ACADEMY

**IT IS SO ORDERED:** If any party seeks to re-open this case, they shall do so by way of a properly noticed motion, which is supported by a factual and legal showing that the Court would continue to have jurisdiction over the matter.

Dated: January 17, 2014

The Honorable Jeffrey S. White
United States District Court
**Northern District of California**

STIPULATION OF DISMISSAL
Case No. 3:13-cv-03023-JSW
PAGE 2